DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| The Beacon Journal Publishing Co. | ) | |
| | ) | CASE NO. 5:05CV1396 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | JUDGMENT ENTRY |
| | ) | |
| Alberto Gonzalez, Attorney General, United | ) | |
| States Dep't of Justice, | ) | |
| Defendant(s). | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's motion for summary judgment (Doc. No. 35) is granted. Further, Plaintiff's petition for attorney's fees (Doc. No. 31) is granted and the Court awards Plaintiff the amount of $6892.00 in fees and costs to be paid by Defendant. Case closed.

IT IS SO ORDERED.


  November 16, 2005              /s/ David D. Dowd, Jr.
Date                            David D. Dowd, Jr.
                                U.S. District Judge